AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Headwater Research LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-00391-JRG-RSP |
| Cellco Partnership d/b/a Verizon Wireless, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC.

Date:  07/15/2025

/s/ Joshua Scheufler
*Attorney's signature*

Joshua Scheufler, CA SBN 330462
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
*Address*

jscheufler@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 979-8268
*FAX number*