# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>Cellco Partnership d/b/a Verizon Wireless *et al*,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00391-JRG-RSP<br><br>(Lead Case) |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>SPRINT LLC *et al*,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00359-JRG-RSP<br><br>(Member Case) |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>AT&T SERVICES, INC. *et al*<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00428-JRG-RSP<br><br>(Member Case) |

**JOINT MOTION TO EXTEND CONTENTIONS DEADLINES**

Plaintiff Headwater Research, LLC ("Headwater") and Defendants Cellco Partnership d/b/a Verizon Wireless *et al.*, T-Mobile USA, Inc. *et al*, and AT&T Services, Inc. *et al*, (collectively, "Defendants"), (collectively, the "Parties") file this Joint Motion to Extend Deadline for Infringement and Invalidity Contentions and would show the Court as follows:

1

The current deadline for Headwater to serve infringement contentions in compliance with P.R. 3-1 and PR 3-2 was July 23, 2025. The current deadline for Defendants to serve invalidity contentions in compliance with P.R. 3-3 and P.R. 3-4, and to serve subject-matter eligibility contentions, is October 1, 2025. The parties jointly move for a brief mutual extension of these deadlines, which will allow additional time for the parties to prepare their contentions disclosures. No other deadlines will be affected by these amendments.

The parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. Accordingly, the parties respectfully requests that the Court enter an Order modifying the above deadlines as follows:

| Original Date | Amended Date | Event |
| --- | --- | --- |
| July 23, 2025 | **July 25, 2025** | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |
| October 1, 2025 | **October 10, 2025** | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |
| October 1, 2025 | **October 10, 2025** | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |

Dated: July 24, 2025

Respectfully submitted,

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang

        CA State Bar No. 248657
        Email: dchang@raklaw.com
        Paul Kroeger
        CA State Bar No. 229074
        Email: pkroeger@raklaw.com
        Neil A. Rubin
        CA State Bar No. 250761
        Email: nrubin@raklaw.com
        Kristopher Davis
        CA State Bar No. 329627
        Email: kdavis@raklaw.com
        James S. Tsuei
        CA State Bar No. 285530
        Email: jtsuei@raklaw.com
        Philip Wang
        CA State Bar No. 262239
        Email: pwang@raklaw.com
        Jason M. Wietholter
        CA State Bar No. 337139
        Email: jwietholter@raklaw.com
        Ryan K. Lundquist
        CO State Bar No. 56449
        Email: rlundquist@raklaw.com
        RUSS AUGUST & KABAT
        12424 Wilshire Blvd. 12th Floor
        Los Angeles, CA 90025
        Telephone: 310-826-7474
        rak_headwater@raklaw.com

        *Attorneys for Plaintiff,*
        *Headwater Research LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on July 24, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). Defendants do not oppose this motion.

*/s/ Marc Fenster*
Marc Fenster