# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>Cellco Partnership d/b/a Verizon Wireless *et al*,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00391-JRG-RSP<br><br>(Lead Case) |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>SPRINT LLC *et al*,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00359-JRG-RSP<br><br>(Member Case) |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>AT&T SERVICES, INC. *et al*<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00428-JRG-RSP<br><br>(Member Case) |

**ORDER GRANTING MOTION**
**TO EXTEND CONTENTIONS DEADLINES**

In accordance with the Joint Motion, it is hereby **ORDERED** that the following deadlines regarding contentions disclosures is in effect until further order of this Court:

- 2 -

| Original Date | Amended Date | Event |
|---|---|---|
| July 23, 2025 | **July 25, 2025** | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |
| October 1, 2025 | **October 10, 2025** | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |
| October 1, 2025 | **October 10, 2025** | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |