# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | Case No. 2:25-cv-00391-JRG-RSP |
| v. | (Lead Case) |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS *et al*, | |
| *Defendant*. | |

## ORDER

Before the Court is the Joint Motion to Extend Contentions Deadlines. **Dkt. No. 31.** After consideration, and noting its joint nature, the Court **GRANTS** the Motion.

In accordance with the Motion, it is hereby **ORDERED** that the following deadlines regarding contentions disclosures are in effect until further order of this Court:

| Original Date | Amended Date | Event |
|---|---|---|
| July 23, 2025 | **July 25, 2025** | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |
| October 1, 2025 | **October 10, 2025** | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |
| October 1, 2025 | **October 10, 2025** | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |

**SIGNED this 25th day of July, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE