**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff and Counterclaim-Defendant*, <br><br> v. <br><br> Cellco Partnership d/b/a Verizon Wireless *et al*, <br><br> *Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00391-JRG-RSP <br><br> (Lead Case) |
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff and Counterclaim-Defendant*, <br><br> v. <br><br> T-MOBILE USA, INC *et al*, <br><br> *Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00359-JRG-RSP <br><br> (Member Case) |
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff and Counterclaim-Defendant*, <br><br> v. <br><br> AT&T SERVICES, INC. *et al* <br><br> *Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00428-JRG-RSP <br><br> (Member Case) |

**HEADWATER'S ANSWER TO T-MOBILE's COUNTERCLAIMS**

Plaintiff and Counterclaim-Defendant Headwater Research LLC ("Headwater") hereby answers Defendants and Counterclaimant-Plaintiffs' T-Mobile USA, Inc. and Sprint LLC (collectively, "T-Mobile" or "Defendants and Counterclaim-Plaintiff"), counterclaims as follows:

**THE PARTIES**

1.      Headwater does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 and on that basis: denied.

2.      Admitted.

3.      Admit that Headwater is the owner and assignee of U.S. Patent Nos. 8,023,425 ("'425 Patent"), 8,631,102 ("'102 Patent"), and 8,799,451 ("'451 Patent") (collectively, the "Asserted Patents").

**JURISDICTION AND VENUE**

4.      Admitted.

5.      Admitted.

6.      Admitted.

7.      Headwater admits that it has sued T-Mobile for infringement of the Asserted Patents and that there is a substantial, actual, and continuing controversy between Headwater and T-Mobile as to the infringement of the asserted patents. Headwater denies the remaining allegations of paragraph 7.

**NATURE OF THE ACTION**

8.      Admitted.

9.      Admitted.

10.     Admitted.

11.     Admit that T-Mobile asserts that the Asserted Patents are invalid, but deny that patents are invalid.

12.     Admit that T-Mobile further denies any allegation of infringement of the Asserted Patents, but deny that T-Mobile does not infringe.

13.     Headwater admits that it has sued T-Mobile for infringement of the Asserted

Patents and that there is a substantial, actual, and continuing controversy between Headwater and

T-Mobile as to the infringement of the asserted patents. Headwater denies the remaining

allegations of paragraph 13.

14.     Headwater admits T-Mobile seeks a declaratory judgment of non-infringement of

the Asserted Patents, but denies that T-Mobile is entitled to the relief it seeks.

15.     Headwater admits T-Mobile seeks relief, but denies that T-Mobile is entitled to the

relief it seeks.

### First Counterclaim
### (Declaratory Judgment of Non-Infringement of the '425 Patent)

16.     Headwater incorporates the preceding paragraphs by reference, as though fully set

forth herein.

17.     Admitted.

18.     Admitted.

19.     Denied.

20.     Admitted.

21.     Headwater admits T-Mobile seeks relief, but denies that T-Mobile is entitled to the

relief it seeks.

### Second Counterclaim
### (Declaratory Judgment of Non-Infringement of the '102 Patent)

22.     Headwater incorporates the preceding paragraphs by reference, as though fully set

forth herein.

23.     Admitted.

24.     Admitted.

25.     Denied.

26.     Admitted.

27.     Headwater admits T-Mobile seeks relief, but denies that T-Mobile is entitled to the relief it seeks.

**Second Counterclaim**
**(Declaratory Judgment of Non-Infringement of the '451 Patent)**

28.     Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

29.     Admitted.

30.     Admitted.

31.     Denied.

32.     Admitted.

33.     Headwater admits T-Mobile seeks relief, but denies that T-Mobile is entitled to the relief it seeks.

**PRAYER FOR RELIEF**

In response to T-Mobile's prayer for relief, Headwater denies that T-Mobile is entitled to any relief, including any of the relief requested in paragraphs A–I of T-Mobile's prayer for relief. Further, Headwater requests the following relief:

WHEREFORE, Headwater respectfully requests that this Court enter:

a.     A judgment in favor of Headwater that T-Mobile has infringed, either directly or indirectly, literally, under the doctrine of equivalents, or otherwise, the Asserted Patents;

b.     A permanent injunction prohibiting T-Mobile from further acts of infringement of the Asserted Patents;

c.     A judgment and order requiring T-Mobile to pay Headwater its damages, enhanced damages, costs, expenses, and pre-judgment and post-judgment interest for T-Mobile's

4

infringement of the Asserted Patents;

d.      A judgment and order requiring T-Mobile to provide accountings and to pay supplemental damages to Headwater, including without limitation, pre-judgment and post-judgment interest;

e.      A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Headwater its reasonable attorneys' fees against T-Mobile; and

f.      Any and all other relief as the Court may deem appropriate and just under the circumstances.

## JURY DEMAND

Headwater, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: July 25, 2025

Respectfully submitted,

*/s/ Marc Fenster*

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

6

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT, Headwater Research LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on  July 25, 2025 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Marc Fenster
Marc Fenster