UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>Cellco Partnership d/b/a Verizon Wireless *et al,*<br><br>*Defendants*. | Case No. 2:25-cv-391-JRG-RSP<br><br>(Lead Case) |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW, Plaintiff Headwater Research LLC, ("Plaintiff"), and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Andrea L. Fair, Texas State Bar No. 24078488, of Miller Fair Henry PLLC, 1507 Bill Owens Pkwy., Longview, Texas 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated: July 30, 2025

Respectfully submitted,

*/s/ Andrea L. Fair*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Adam Hoffman
CA State Bar No. 218740
Paul Kroeger

        CA State Bar No. 229074
        Neil A. Rubin
        CA State Bar No. 250761
        Kristopher Davis
        CA State Bar No. 329627
        James S. Tsuei
        CA State Bar No. 285530
        Philip Wang
        CA State Bar No. 262239
        James Milkey
        CA State Bar No. 281283
        Jason M. Wietholter
        CA State Bar No. 337139
        James Pickens
        CA State Bar No. 307474
        Qi (Peter) Tong
        TX State Bar No. 24119042
        RUSS AUGUST & KABAT
        12424 Wilshire Blvd. 12th Floor
        Los Angeles, CA 90025
        Telephone: 310-826-7474
        rak_headwater@raklaw.com

        Of Counsel:

        Andrea L. Fair
        TX State Bar No. 24078488
        MILLER FAIR HENRY PLLC
        1507 Bill Owens Parkway
        Longview, Texas 75604
        Telephone: 903-757-6400
        andrea@millerfairhenry.com

        ***Attorneys For Plaintiff,***
        ***Headwater Research LLC***