# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC.,**<br><br>Defendants. | Civil Action No. 2:25-cv-391<br><br>(Lead Case)<br><br>Civil Action No. 2:25-cv-00428<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

### AT&T'S UNOPPOSED MOTION TO EXTEND PROPOSED DOCKET CONTROL ORDER, DISCOVERY ORDER, AND PROTECTIVE ORDER DEADLINES

Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Enterprises, LLC, (collectively "AT&T" or "Defendants") respectfully file this Unopposed Motion to Extend Deadline for Proposed Docket Control Order, Proposed Discovery Order, and Proposed Protective Order, and would show the Court as follows:

The current deadline for the parties to file the proposed docket control order and proposed discovery order is July 30, 2025. The current deadline for the parties to file the proposed protective order is August 6, 2025. The parties agree to a brief mutual extension of these deadlines, which will allow additional time for the parties to prepare their proposed orders. No other deadlines will be affected by these amendments.

AT&T represents that this Motion is not filed for the purposes of delay but rather so that justice may be served. The parties have met and conferred, and Plaintiff does not oppose this Motion.

Accordingly, AT&T respectfully requests that the Court enter an Order modifying the above deadlines as follows:

| Original Date | Amended Date | Event |
|---|---|---|
| July 30, 2025 | August 6, 2025 | File Proposed Docket Control Order and Proposed Discovery Order |
| August 6, 2025 | August 13, 2025 | File Proposed Protective Order |

| | |
|---|---|
| Dated: July 30, 2025 | Respectfully submitted,<br><br>/s/ *Nicholas Mathews*<br>Nicholas Mathews<br>Texas State Bar No. 24085457<br>nmathews@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Kevin Hess<br>Texas State Bar No. 24087717<br>khess@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8752<br><br>Deron R. Dacus<br>State Bar No. 00790553<br>ddacus@dacusfirm.com<br>**THE DACUS FIRM, PC**<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Telephone: (903)705-1117<br>Facsimile: (903) 581-2543<br><br>**AT&T ENTERPRISES, LLC, AT&T MOBILITY LLC, AND AT&T SERVICES INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 30, 2025.

>/s/ *Nicholas Mathews*
>Nicholas Mathews

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). Plaintiff does not oppose this motion.

>/s/ *Nicholas Mathews*
>Nicholas Mathews