# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC.,**<br><br>Defendants. | Civil Action No. 2:25-cv-391<br><br>(Lead Case)<br><br>Civil Action No. 2:25-cv-00428<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING MOTION TO EXTEND PROPOSED DOCKET CONTROL ORDER, DISCOVERY ORDER, AND PROTECTIVE ORDER DEADLINES**

Before the Court is AT&T's Unopposed Motion to Extend Deadline for Proposed Docket Control Order, Proposed Discovery Order, and Proposed Protective Order. Having considered the Motion, it is hereby **GRANTED**.

It is so **ORDERED**.