# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS et al.,**<br><br>Defendants. | Civil Action No. 2:25-cv-00391<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING HEADWATER'S UNOPPOSED MOTION TO EXTEND PROPOSED DOCKET CONTROL ORDER, DISCOVERY ORDER, AND PROTECTIVE ORDER DEADLINES

Before the Court is Headwater's Unopposed Motion to Extend Deadlines for Proposed Docket Control Order, Proposed Discovery Order, and Proposed Protective Order. Having considered the Motion, it is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for filing the proposed discovery order and docket control order is extended to August 6, 2025, and the deadline for filing the proposed discovery order is extended to August 13, 2025. All other deadlines shall remain in place absent further leave of Court.