IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**SPRINT LLC et al.,**<br><br>Defendants. | Civil Action No. 2:25-cv-00391<br><br>(Lead Case)<br><br>Civil Action No. 2:25-cv-00359<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**HEADWATER'S UNOPPOSED MOTION TO EXTEND PROPOSED DOCKET CONTROL ORDER, DISCOVERY ORDER, AND PROTECTIVE ORDER DEADLINES**

Plaintiff Headwater Research LLC ("Headwater") respectfully files this Unopposed Motion to Extend Deadlines for Proposed Docket Control Order, Proposed Discovery Order, and Proposed Protective Order, and would show the Court as follows:

The current deadline for the parties to file the proposed docket control order and proposed discovery order is July 30, 2025. The current deadline for the parties to file the proposed protective order is August 6, 2025. The parties agree to a brief mutual extension of these deadlines, which will allow additional time for the parties to prepare their proposed orders. No other deadlines will be affected by these amendments.

Headwater represents that this Motion is not filed for the purposes of delay but rather so that justice may be served. The parties have met and conferred, and Defendants do not oppose this Motion. Accordingly, Headwater respectfully requests that the Court enter an Order modifying the above deadlines as follows:

| Original Date | Amended Date | Event |
|---|---|---|
| July 30, 2025 | August 6, 2025 | File Proposed Docket Control Order and Proposed Discovery Order |
| August 6, 2025 | August 13, 2025 | File Proposed Protective Order |

Dated: July 30, 2025

Respectfully submitted,

/s/ Marc Fenster
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Ryan K. Lundquist
CO State Bar No. 56449
Email: rlundquist@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

*Attorneys for Plaintiff,*
*Headwater Research LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on July 30, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). Defendants do not oppose this motion.

*/s/ Marc Fenster*
Marc Fenster