IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS *et al*,<br><br>*Defendant*. | Case No. 2:25-cv-00391-JRG-RSP<br><br>(Lead Case) |

**ORDER**

Before the Court are the Unopposed Motions to Extend Proposed Docket Control Order, Discovery Order, and Protective Order Deadlines. **Dkt. Nos. 37**, **38**, **39.** After consideration, and noting that they are unopposed, the Court **GRANTS** the Motions.

It is **ORDERED** that the above deadlines are modified as follows:

| Original Date | Amended Date | Event |
|---|---|---|
| July 30, 2025 | August 6, 2025 | File Proposed Docket Control Order and Proposed Discovery Order |
| August 6, 2025 | August 13, 2025 | File Proposed Protective Order |

**SIGNED this 3rd day of August, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE