# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS *et al*,<br><br>*Defendant*. | Case No. 2:25-cv-00391-JRG-RSP<br><br>(Lead Case) |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement filed by Plaintiff Headwater Research LLC, and Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Enterprises, LLC. **Dkt. No. 45.** After consideration, and noting its joint nature, the Court **GRANTS** the Motion.

It is **ORDERED** that the above-captioned case is **STAYED** for 30 days to allow the Parties to file dismissal documents with the Court.

**SIGNED this 21st day of August, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE