# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>Cellco Partnership d/b/a Verizon Wireless *et al,*<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00391-JRG-RSP<br><br>(Lead Case) |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>T-MOBILE USA, INC *et al,*<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00359-JRG-RSP<br><br>(Member Case) |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>AT&T SERVICES, INC. *et al*<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:25-cv-00428-JRG-RSP<br><br>(Member Case) |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Headwater Research LLC, and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Corporate Services Group, Inc., (together, "Verizon"), T-Mobile USA, Inc., and Sprint Corp., (together, "T-Mobile"), and AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Enterprises, LLC (together, "AT&T") submit this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Under Rule 41(a)(1)(A)(ii), an action may be dismissed by the plaintiff without order of court by filing a stipulation of dismissal signed by all

parties who have appeared. By stipulation of the parties and in accordance with their settlement agreement, Plaintiff hereby voluntarily dismisses this action without prejudice.

| | |
|---|---|
| Dated: September 17, 2025 | Respectfully submitted, |
| /s/ Nicholas Mathews | /s/ Marc Fenster |
| Nicholas Mathews | Marc Fenster |
| Texas State Bar No. 24085457 | CA State Bar No. 181067 |
| nmathews@McKoolSmith.com | Reza Mirzaie |
| Christian Hurt | CA State Bar No. 246953 |
| Texas State Bar No. 24059987 | Brian Ledahl |
| churt@mckoolsmith.com | CA State Bar No. 186579 |
| Erik Fountain | Ben Wang |
| Texas State Bar No. 24097701 | CA State Bar No. 228712 |
| efountain@mckoolsmith.com | Paul Kroeger |
| **MCKOOL SMITH, P.C.** | CA State Bar No. 229074 |
| 300 Crescent Court Suite 1500 | Neil A. Rubin |
| Dallas, TX 75201 | CA State Bar No. 250761 |
| Telephone: (214) 978-4000 | Kristopher Davis |
| Telecopier: (214) 978-4044 | CA State Bar No. 329627 |
| | James S. Tsuei |
| Kevin Hess | CA State Bar No. 285530 |
| Texas State Bar No. 24087717 | Philip Wang |
| khess@mckoolsmith.com | CA State Bar No. 262239 |
| George T. Fishback, Jr. | James Milkey |
| Texas State Bar No. 24120823 | CA State Bar No. 281283 |
| gfishback@mckoolsmith.com | Jason M. Wietholter |
| **MCKOOL SMITH, P.C.** | CA State Bar No. 337139 |
| 303 Colorado Street, Suite 2100 | RUSS AUGUST & KABAT |
| Austin, TX 78701 | 12424 Wilshire Blvd. 12th Floor |
| Telephone: (512) 692-8752 | Los Angeles, CA 90025 |
| | Telephone: 310-826-7474 |
| Sean O'Leary | rak_headwater@raklaw.com |
| Texas State Bar No. 24138326 | |
| soleary@mckoolsmith.com | ***Attorneys For Plaintiff,*** |
| **MCKOOL SMITH, P.C.** | ***Headwater Research LLC*** |
| 600 Travis Street, Suite 7000 | |
| Houston, TX 77002 | |
| Telephone: (713) 485-7300 | |
| Telecopier: (713) 485-7344 | |
| | |
| Deron R. Dacus | |
| State Bar No. 00790553 | |
| ddacus@dacusfirm.com | |
| **THE DACUS FIRM, PC** | |

821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903)705-1117
Facsimile: (903) 581-2543

*Counsel for AT&T Defendants*


*/s/ Kevin Anderson*
Deron R. Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705.1117

Kevin P. Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Ave. NW, Suite 700-East
Washington, DC 20001
Telephone: 202.776.7800
Facsimile:  202.478.2811

*Counsel for Verizon Defendants*

*/s/ Kevin Anderson*
Melissa Richards Smith
TBN 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone:  903.934.8450
Facsimile:  903.934.9257

Kevin Anderson
kpanderson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W.
Suite 700 East
Washington, DC 20001-4795
Telephone: (202) 776-5213

*Counsel for T-Mobile Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on September 17, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster
